**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 21-1731**

─────────────

RICARDO CHINCHILLA,

                Petitioner - Appellant,

        v.

JOHN E. WHITLEY, Acting Secretary of the Army; KATHLEEN S. MILLER; THE
HONORABLE CHRISTOPHER C. MILLER; UNITED STATES OF AMERICA,

                Respondents - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at
Richmond.  Henry E. Hudson, Senior District Judge.  (3:20-cv-00871-HEH)

─────────────

Submitted:  July 22, 2022                                    Decided:  August 5, 2022

─────────────

Before WYNN, HARRIS, and HEYTENS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

**ON BRIEF:**  Tami L. Mitchell, LAW OFFICE OF TAMI L. MITCHELL, Colorado
Springs, Colorado, for Appellant.  Jessica D. Aber, United States Attorney, Jonathan H.
Hambrick, Assistant United States Attorney, OFFICE OF THE UNITED STATES
ATTORNEY, Richmond, Virginia, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricardo Chinchilla appeals from the district court's order dismissing his petition for a declaratory judgment and for a writ of mandamus, in which Chinchilla challenged his conviction after trial by a general court-martial.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Chinchilla v. Whitley*, No. 3:20-cv-00871-HEH (E.D. Va. May 5, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
